UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**ANTHONY HOLLOWAY,**
**Individually and on behalf of all others similarly situated,**

      **Plaintiff,**

      v.                          Case No.: 21-CV-360

**GATEWAY PLASTICS, INC.,**

      **Defendant.**

## Disclosure Statement

The undersigned, counsel of record for Anthony Holloway, Plaintiff, furnish the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

States the full name of every party or amicus the attorney represents in the action.

Anthony Holloway, and similarly situated employees of Defendant.

Identifies any parent corporation and any publicly held corporation owning 10% or more of its stock.

Plaintiff is not a corporation.

State the names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court.

Hawks Quindel, S.C.
Summer H. Murshid
Larry A. Johnson
Timothy P. Maynard
P.O. Box 442
Milwaukee, WI 53201-0442

Dated this 22nd day of March 2020.

        Respectfully submitted,

        HAWKS QUINDEL S.C.
        Attorneys for Plaintiffs


By: s/ *Summer H. Murshid*

        Summer H. Murshid, SBN 1075404
        Timothy P. Maynard, SBN 1080953
        Larry A. Johnson, SBN 1056619

        Hawks Quindel, S.C.
        222 East Erie Street, Suite 210
        PO Box 442
        Milwaukee, WI 53201-0442
        Telephone: 414-271-8650
        Fax: 414-271-8442
        Email:     smurshid@hq-law.com
                            tmaynard@hq-law.com
                            ljohnson@hq-law.com