UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ANTHONY HOLLOWAY,
Individually and on behalf of all others similarly situated,

    Plaintiff,

    v.                      Case No.: 21-CV-360

GATEWAY PLASTICS, INC.,

    Defendant.

## NOTICE OF RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby file this notice of dismissal to dismiss the above-captioned case with prejudice and without costs to any party.

Dated this 20th day of April 2021.

                              Respectfully submitted,

                              HAWKS QUINDEL S.C.
                              Attorneys for Plaintiffs

                        By: s/ *Summer H. Murshid*

                              Summer H. Murshid, SBN 1075404
                              Timothy P. Maynard, SBN 1080953
                              Larry A. Johnson, SBN 1056619

                              Hawks Quindel, S.C.
                              222 East Erie Street, Suite 210
                              PO Box 442

Milwaukee, WI 53201-0442
Telephone: 414-271-8650
Fax: 414-271-8442
Email: smurshid@hq-law.com
tmaynard@hq-law.com
ljohnson@hq-law.com